UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Drew Bradford,<br><br>    *Plaintiff,*<br><br>v.<br><br>The Borough of New Providence, New Providence Police Department, Chief Dan Henn, Sergeant Jason Labaska, Paul Rizzo, Don DiFrancesco Law Firm, Keylee Heyman, New Providence Public Library, Lisa Florio, Jeff Bruder, and Paul Rizzo,<br><br>    *Defendants.* | Civil Action No. 23-05123(MEF)(MAH)<br><br>**ORDER** |

United States Magistrate Judge Hammer issued a Report and Recommendation, granting the Plaintiff's motion to remand to the Superior Court of New Jersey, Law Division, Morris County, on the ground that the Defendants' removal was not timely. See Report and Recommendation (October 8, 2023).

The Defendants have not objected to any of Judge Hammer's factual or legal conclusions, or to any aspect of his report.

Against this backdrop, and in light of the standard of review that applies here, see Equal Emp. Opportunity Comm'n v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017), the Court accepts the Report and Recommendation.

IT IS on this 4th day of January, 2024, so **ORDERED**.

                                                    Michael E. Farbiarz, U.S.D.J.